JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 463 -- IN RE PRINCE TENNIS RACKET PATENT LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/03/17 | 1 | MOTION TO TRANSFER, BRIEF, SCHEDULE OF CASES, CERT. OF SVC. AND EXHIBITS -- Prince Manufacturing, Inc. SUGGESTED TRANSFEREE DISTRICT: D. South Carolina (or alternatively - S.D. Florida) SUGGESTED TRANSFEREE JUDGE: (ea) |
| 81/03/20 | | AMENDED CERT. OF SVC. -- Movant Prince Manuf., Inc. (ea) |
| 81/03/27 | | APPEARANCE -- Arthur H. Seidel, Esq. for Prince Manuf., Inc.; Robert W. Beynart, Esq. for A. P. Mixon, Volkl of Amer., and Franz Volkl oHG; and Lawrence R. Metsch, Esq. for Lombard's Sports Shop, Inc. and Bernard Lombard. (ea) |
| 81/03/30 | | APPEARANCE -- Ronald M. Sohigian, Esq. for Racquetech Co., Inc. (ea) |
| 81/04/01 | 2 | REQUEST FOR EXTENSION OF TIME -- Lombard's Sport Shop, Inc. and Bernard Lombard. GRANTED to Lombard's Sport Shop, Inc. and Bernard Lombard to and including April 3, 1981. Notified involved counsel. (ds) |
| 81/04/01 | 3 | RESPONSE -- Racquetech Co., Inc. w/Vernon Beck affidavit, Exhibit A and cert. of svc. (rew) |
| 81/04/01 | 4 | RESPONSE -- Volkl of America Ltd., Vranz Volkl Ohg and Bob Mixon w/Exhibits A,B,&C and cert of svc. (rew) |
| 81/04/02 | | AMENDMENT TO HEARING ORDER FILED MARCH 23, 1981 -- Setting Motion to Transfer for Panel Hearing in Washington, D. C. on April 30, 1981 (cds) |
| 81/04/02 | 5 | REQUEST FOR EXTENSION OF TIME -- Lombard's Sport Shop, Inc. and Bernard Lombard -- GRANTED TO AND INCLUDING APRIL 6, 1981 (cds) |
| 81/04/08 | 6 | REQUEST FOR EXTENSION OF TIME -- Lombard's Sport Shop, Inc. -- GRANTED FOR FILING TODAY (cds) |
| 81/04/08 | 7 | RESPONSE -- Lombard's Sports Shop, Inc. and Bernard Lombard -- w/cert. of service and Exhibits A through M (cds) |
| 81/04/10 | 8 | REQUEST FOR EXTENSION OF TIME -- Prince Mfg., Inc. -- GRANTED TO AND INCLUDING 4/21/81 (cds) |
| 81/04/21 | 9 | REPLY BRIEF -- Prince Mfg., Inc. -- w/Exhibits, Affidavits and cert. of service (cds) |
| 81/04/29 | 10 | NOTICE OF CONTINUANCE IN CALIFORNIA CASE -- (A-3) Pltf. Prince Mfg. Co. -- w/cert. of svc. (rew) |
| 81/05/07 | | ORDER DENYING TRANSFER -- of litigation (A-1 thru A-3) pursuant to 28 U.S.C. §1407. (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 463 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE PRINCE TENNIS RACKET PATENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 4/30/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 7, 1981 | MO (Denied) | | | | |

Special Transferee Information

DATE CLOSED: _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 463 -- IN RE PRINCE TENNIS RACKET PATENT LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Prince Manufacturing, Inc. v. A. P. Mixon, et al. | D.S.Car. Anderson | 80-1338-3 | | | | |
| A-2 | Prince Manufacturing, Inc. v. Lombard's Sports Shop, Inc., et al. | S.D.Fla. Hoeveler | 80-3073-CIV-WMH | | | | |
| A-3 | Racquetech Co., Inc. v. Prince Manufacturing, Inc. | C.D.Cal. Marshall | 81-0074-CBM-(Kx) | | | | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 463 -- IN RE PRINCE TENNIS RACKET PATENT LITIGATION

| | |
|---|---|
| PRINCE MANUFACTURING, INC. (A-1, A-2)<br>Arthur H. Seidel, Esq.<br>Seidel, Gonda, Goldhammer &<br>   Panitch, P.C.<br>Suite 600<br>Three Penn Center Plaza<br>Philadelphia, Pa. 19102 | A. P. MIXON<br>VOLKL OF AMERICA<br>FRANZ VOLKL oHG<br>Robert W. Beynart, Esq.<br>Smith, Cohen, Ringel, Kohler & Martin<br>2400 First National Bank Tower<br>Atlanta, Georgia 30383 |
| RACQUETECH CO., INC.<br>Ronald M. Sohigian, Esq.<br>10880 Wilshire Boulevard<br>19th Floor<br>Los Angeles, California 90024 | LOMBARD'S SPORTS SHOP, INC.<br>BERNARD LOMBARD<br>Lawrence R. Metsch, Esq.<br>Paul, Landy, Beiley & Harper, P.A.<br>200 Southeast First Street<br>Miami, Florida 33131 |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 463 -- IN RE PRINCE TENNIS RACKET PATENT LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| A. P. MIXON | A-1 |
| VOLKL OF AMERICA | A-1 |
| FRANZ VOLKL oHG | A-1 |
| LOMBARD'S SPORTS SHOP, INC. | A-2 |
| BERNARD LOMBARD | A-2 |
| PRINCE MANUFACTURING, INC. | A-3 |