DOCKET NO. 463

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE PRINCE TENNIS RACKET PATENT LITIGATION

## ORDER DENYING TRANSFER*

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, brought by Prince Manufacturing, Inc., plaintiff in two of the actions listed on the attached Schedule A and defendant in the remaining action, for transfer of the action pending in the Southern District of Florida and the action pending in the Central District of California to the District of South Carolina for coordinated or consolidated pretrial proceedings with the action pending there.

On the basis of the papers filed and the hearing held, we find that Section 1407 transfer would neither serve the convenience of the parties and witnesses nor further the just and efficient conduct of the litigation. Given the minimal number of actions before us, movant has failed to persuade us that any common questions of fact involved in these actions are sufficiently complex, and that the accompanying discovery will be so time-consuming, as to justify Section 1407 transfer. See In re Scotch Whiskey Antitrust Litigation, 299 F. Supp. 543, 544 (J.P.M.L. 1969). We note that suitable alternatives to transfer exist in order to minimize the possibility of duplicative discovery and/or conflicting pretrial rulings. See, e.g., In re Eli Lilly and Company (Cephalexin Monohydrate) Patent Litigation, 446 F. Supp. 242, 244 (J.P.M.L. 1978). See also Manual for Complex Litigation, Parts I and II, §§3.11 (rev. ed. 1977).

IT IS THEREFORE ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

* Judge Fred Daugherty took no part in the decision of this matter.

SCHEDULE A

MDL-463 -- In re Prince Tennis Racket Patent Litigation

District of South Carolina
Prince Manufacturing, Inc. v. A. P. Mixon, et al.,
C.A. No. 80-1338-3
Southern District of Florida
Prince Manufacturing, Inc. v. Lombard's Sports Shop,
Inc., et al., C.A. No. 80-3073-Civ-WMH
Central District of California
Racquetech Co., Inc. v. Prince Manufacturing, Inc.,
C.A. No. CV81-74-CBM(Kx)